## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **NO: 3:10-CR-87** |
| ) | |
| **vs.** ) | |
| ) | **APPEARANCE** |
| **WINNIFER ELVIDGE, and** ) | |
| **PAUL BIEBER,** ) | |
| ) | |
| **Defendants.** ) | |

COMES NOW Alfred E. Willett, Attorney at Law, P.O. Box 1567, Cedar Rapids, Iowa 52406-1567, and hereby enters his Appearance on behalf of the Defendant, Winnifer Elvidge.

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Assistant U.S. Donald Allegro

By:  Alfred E. Willett

/s/ Alfred E. Willett
ALFRED E. WILLETT  LI0008215
WILLETT LAW FIRM
Attorney at Law
P.O. Box 1567
Cedar Rapids IA 52406-1567
Telephone:  (319) 366-1034
Facsimile:  (319) 365-9512
E-mail:  aewillett@aewlaw.com
Direct Contact E-Mail address:
kjensen@aewlaw.com

ATTORNEY FOR DEFENDANT,
WINNIFER ELVIDGE

Copies to: Winnifer Elvidge