# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: FINAL PRETRIAL | ) | |
| CONFERENCES SCHEDULED | ) | ORDER |
| FOR OCTOBER, 2011 | ) | |

RECEIVED OCT 04 2011 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

IT IS ORDERED that the captioned cases listed on the attached schedule shall come on for final pretrial conferences before the undersigned at the times listed, on October 17, 2011, at the United States Courthouse, Davenport, Iowa. All counsel are expected to appear in person unless they notify the Court within 48 hours of the conference that they wish to appear by phone.

**IT IS SO ORDERED.**

**Dated this 4th day of October, 2011.**

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE

# CRIMINAL PRETRIAL CONFERENCES
## OCTOBER 17, 2011

| TIME | CASE NO. | DEFENDANTS | AUSA | DEFENSE |
|---|---|---|---|---|
| 9:00am | 11-71-JAJ | Charles Petro | DBA | F. Santiago |
| 9:00am | 11-82-JAJ | Excell Randolph<br>Carley Campbell<br>Tavares Jones<br>Willie Andrews<br>Terrance Campbell | CRC | E. Tindal<br>P. Ingram<br>D. Treimer<br>S. Roush<br>S. Berger |
| 9:00am | 11-58-RWP | Bernard Anderson, Sr. | CRC | D. Treimer |
| 9:00am | 10-44-RWP | Johnny Booth | LCW | A. Willett |
| 9:00am | 10-87-RWP | Winnifer Elvidge | DBA/JDK | A. Willett |
| 9:00am | 11-63-JAJ | Ramiro Rosas<br>David Martinez | LCW | A. Willett<br>J. Moeller |
| 9:00am | 11-35-JEG | Earlavonne Buckner | DBA | J. Moeller |
| 9:00am | 11-57-JAJ | Sheryl Fletcher<br>Lex Gruzebeck<br>Travis Lambert | CRC | D. Helphrey<br>J. Jacobsen<br>Michael McDonald |
| 9:00am | 11-39-JAJ | Steven Ashby<br>Raymond Standafer<br>Nicholas Tacker<br>Cordney Smith | JDK | D. Helphrey<br>M. Meyer<br>S. Swift<br>M. Bell |
| 9:00am | 11-72-JEG | Tyrell Carr<br>Jason Blunt | LCW | C. Erdahl<br>D. Robertson |
| 9:00am | 11-17-RWP | Damon O'Neil | LCW | D. Robertson |
| 9:00am | 11-75-JAJ | Luis Chaidez<br>Antonio Marceleno-Fernandez<br>Gaston Peno-Arzola<br>Vanessa Lopez<br>Sergio Marceleno | LCW | A. Fritz-Reyes<br>A. Larson<br>M. Dergo III<br>M. Appleton<br>E. Puryear |
| 9:00am | 10-114-RWP | Amanda Diener<br>Hobert Yates | CRC | D. Helphrey<br>A. Larson |
| 9:00am | 11-14-JEG | Travis Claude | JWB | J. Dusthimer |

| | | | | |
|---|---|---|---|---|
| 9:00am | 11-62-JAJ | Gabriel Shorter | RDW | J. Dusthimer |
| 9:00am | 11-4-RWP | Ryan Felts | JDK | D. Helphrey |
| 9:00am | 11-16-RWP | Raynikka Adams | LCW | D. Helphrey |
| 9:00am | 11-73-RWP | Eldone Kirk | LCW | D. Helphrey |
| 9:00am | 11-81-JEG | Joseph Richter | JWB | D. Helphrey |
| 9:00am | 11-42-RWP | Brian Reynolds | CRC | D. Helphrey |
| 9:00am | 11-36-JEG | Cornelius Carter | JDK | D. Helphrey |
| 9:00am | 11-88-RWP | Juan Maldonado Hernanez | RDW | D. Helphrey |
| 9:00am | 11-93-RWP | David Davis | LCW | T. McAtee |
| 9:00am | 11-21-RWP | Neil Bazan | RDW | T. McAtee |
| 9:00am | 11-38-JEG | Ruben Perales Avila | DBA | T. McAtee |
| 9:00am | 11-29-RWP | Dennis Alcala | DBA | T. McAtee |