# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA

**RECEIVED**
OCT 17 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:10-cr-87 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER CONTINUING TRIAL** |
| WINNIFER ELVIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of ___*Defendant*___, trial in this case is continued, and rescheduled for the period beginning ___*March 5, 2012*___. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. Additionally, the Court finds that a continuance is in the interest of justice, which outweigh the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

\_\_\_\_\_ Delay associated with proceedings to determine competency.
18 U.S.C. § 3161(h)(1)(A).

\_\_\_\_\_ Delay associated with the need to resolve pretrial motions.
18 U.S.C. § 3161(h)(1)(D).

\_\_\_\_\_ Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

\_\_\_\_\_ Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).

\_\_\_\_\_ Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).

__✓__ Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings.
18 U.S.C. § 3161(h)(8)(B)(ii).

\_\_\_\_\_ Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__ A failure to grant continuance will deny reasonable time necessary for adequate preparation for trial even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__ Other: ___*Defendant requires medical evaluation*___

Dated this 17th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE